Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 70.95.200.211,<br><br>            Defendant. | Case Number: 3:17-cv-02313-AJB-JMA<br><br>Honorable Anthony J. Battaglia<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 70.95.200.211 are voluntarily dismissed without prejudice.

Dated:  March 9, 2018                                  Respectfully submitted,

                                                                        By: /s/ *Lincoln D. Bandlow*
                                                                        Lincoln D. Bandlow, Esq.
                                                                        FOX ROTHSCHILD LLP
                                                                        *Attorney for Plaintiff*